*James Houghton* v. *Peter B. Strong.*

ON *certiorari* from a justice's court. The decla-
ration, as appeared from the return, stated, that the
defendant " privily, wilfully and maliciously, by cer-
" tain conduct, damaged the plaintiff to the amount
" of twenty-five dollars." General errors were as-
signed ; and it was principally relied on, that no cause
of action was stated in the court, so as to show the
justice had cognizance of the suit.

*Per Curiam.* The declaration is bad. It ought
to have stated, not only the injury, but how it arose.
If this be necessary in this court, it is more so before
inferior tribunals, whose proceedings may be reviewed
here. Unless the cause of action be stated with cer-
tainty, it is impossible for us to know whether the
justice had jurisdiction or not. This very suit may,
for aught that appears, have been in slander, or for
an assault and battery, or for some other matter not
cognizable before a justice. Nor does it appear by
any part of the record (none of the testimony being
returned) what kind of action was proved by the wit-
nesses. The judgment must, therefore, be reversed
with costs.